IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-425-FDW-DCK

| BLAIR EBERSOLD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CONTRACT LAND STAFF, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Tamara L. Huckert, concerning Andrew W. Dunlap, on July 21, 2023. Andrew W. Dunlap seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Andrew W. Dunlap is hereby admitted *pro hac vice* to represent Plaintiff/Defendant.

**SO ORDERED**.

Signed: July 23, 2023

David C. Keesler
United States Magistrate Judge