IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-425-FDW-DCK

| | |
|---|---|
| **BLAIR EBERSOLD,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CONTRACT LAND STAFF, LLC,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Tamara L. Huckert, concerning Richard M. Schreiber, on July 21, 2023. Richard M. Schreiber seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Richard M. Schreiber is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 23, 2023

David C. Keesler
United States Magistrate Judge